UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER MILLING, | * |
| | * |
| Plaintiff, | * |
| | *    Civil Action File |
| v. | * |
| | *    No. 1:22-CV-02020-SDG |
| POWER GRID ENGINEERING, LLC | * |
| | * |
| Defendant. | * |

## CONSENT MOTION TO EXTEND DISCOVERY

Plaintiff files this Consent Motion to Extend Discovery pursuant to Local Rule 26.2(B) and requests that this Court extend discovery in this case up to and including March 14, 2023. In support of this Motion, Plaintiff shows the Court that all parties consent to this extension.

Subsequent to the filing of this case, multiple Plaintiff's Counsel have suffered serious family-related tragedies that caused a delay in this case's discovery process, including the unexpected death of one lawyer's father. Plaintiff's legal team has also recently confronted the death of another immediate family member and the serious illness of a different immediate family member.

The original (and current) date from which the extension is being sought is the December 27, 2022 expiration of discovery. There have been no previous

requests for extensions filed by either party. As explained above, the extension is being sought due to delays caused by personal circumstances of Plaintiff's Counsel. Plaintiff respectfully requests an extension of three months to the final discovery deadline, resulting in a new deadline of April 14, 2023.

***Signatures on following page***

Respectfully submitted on December 9, 2022.

| CANNELLA SNYDER LLC | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| */s/ Tedra L. Cannella* | */s/ Josh S. Wood* |
| TEDRA L. CANNELLA | JOSH S. WOOD* |
|   Georgia Bar No. 881085 | *Signed by TLC with express permission* |
|   tedra@cannellasnyder.com |   Georgia Bar No. 881696 |
| ROBERT H. SNYDER, JR. |   jwood@wwhgd.com |
|   Georgia Bar No. 404522 | J. Alex Prescott |
|   rob@cannellasnyder.com |   Georgia Bar No. 966471 |
| RORY A. WEEKS |   jprescott@wwhgd.com |
|   Georgia Bar No. 113491 | |
|   rory@cannellasnyder.com | 3344 Peachtree Road, N.E. |
| | Suite 2400 |
| 315 W. Ponce de Leon Ave. | Atlanta, GA 30326 |
| Suite 885 | (404) 876-2700 |
| Decatur, GA 30030 | (404) 875-9433 (fax) |
| (404) 800-4828 | |
| (404) 393-0365 (fax) | |

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                                               CANNELLA SNYDER LLC

                                               */s/ Tedra L. Cannella*
                                               TEDRA L. CANNELLA
                                                 Georgia Bar No. 881085
                                                 tedra@cannellasnyder.com
                                               ROBERT H. SNYDER, JR.
                                                 Georgia Bar No. 404522
                                                 rob@cannellasnyder.com
                                               RORY A. WEEKS
                                                 Georgia Bar No. 113491
                                                 rory@cannellasnyder.com
                                               315 W. Ponce de Leon Ave.
                                               Suite 885
                                               Decatur, GA 30030
                                               (404) 800-4828
                                               (404) 393-0365 (fax)